IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>WILLIAM A. RESCH and<br>THERESA S. RESCH,<br><br>Debtors. | NO. 17-12257<br>CHAPTER 13<br><br>JUDGE DEBORAH L. THORNE |

## AGREED ORDER CONDITIONING AUTOMATIC STAY

THIS CAUSE coming on to be heard on the motion of SN SERVICING CORPORATION, AS SERVICER FOR PRP II PALS INVESTMENTS TRUST, its successors and/or assigns, for relief from the automatic stay and co-debtor stay, the Court having jurisdiction over the subject matter;

**IT IS HEREBY ORDERED:**

1. The automatic stay imposed by 11 U.S.C. §362 remains in effect and SN SERVICING CORPORATION, AS SERVICER FOR PRP II PALS INVESTMENTS TRUST, is bound by that stay.

2. In response to movant's motion to modify stay, the Debtors brought the post-petition payments current through June of 2018, including $600.00 in attorney fees and $181.00 in court costs. Now, the Debtors must continue to make post-petition mortgage payments directly to Creditor commencing with the July 1, 2018, post-petition mortgage payment.

3. If movant fails to receive two post-petition monthly mortgage payments, thereby rendering the Debtors *two months* in post-petition default, the §362 stay shall be automatically modified and Bankruptcy Rule 4001(a)(3) waived, as to movant, its principals, agents, successors and/or assigns as to certain real estate with a common address of 1770 West Thorne #D, Chicago, Illinois, *fourteen (14)* calendar days after mailing notification to the Debtors, the Debtors' attorney, and the trustee, unless during that period the Debtors shall tender funds to bring the loan post-petition current.

*Page Two/Order Conditioning Automatic Stay/Resch/17-12257*

Submitted by:

/s/ Terri M. Long for Creditor
/s/ Thomas R. Hitchcock for Debtors

ENTER:

_____
BANKRUPTCY JUDGE

DATED: 7/5/2018

TERRI M. LONG
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for SN SERVICING CORPORATION, AS SERVICER FOR FOR PRP II PALS INVESTMENTS TRUST, its successors and/or assigns